USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3·18·19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA A. PATARO,

        Plaintiff,

- against -

NANCY A. BERRYHILL,

        Defendant.

17-cv-6165 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Moses dated March 1, 2019. No objections have been filed and the time for filing objections has passed. In any event, the Court finds that the Report and Recommendation are well reasoned and should be adopted.

Therefore, the plaintiff's motion for judgment on the pleadings is granted and the Commissioner's motion for judgment on the pleadings is denied. The Clerk is directed to enter judgment remanding this case to the Commissioner for further proceedings consistent with the Report and Recommendation. The Clerk is also directed to close this case and to close all pending motions.

**SO ORDERED.**

Dated: New York, New York
       March 18, 2019

                                        John G. Koeltl
                                  **United States District Judge**